UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 10-257 RHK |
| Plaintiff, ) | |
| ) | **INFORMATION** |
| v. ) | |
| ) | (18 U.S.C. § 1341) |
| JAMES CARL GUSTAFSON, ) | (18 U.S.C. § 1001(a)(2)) |
| ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(False Statement)

On or about April 21, 2010, within the State and District of Minnesota and elsewhere, the defendant,

### JAMES CARL GUSTAFSON,

knowingly and willfully made a false material statement and representation in a matter within the jurisdiction of the Internal Revenue Service-Criminal Investigation Division and the Federal Bureau of Investigation, both agencies of the United States, in that the defendant stated that he learned for the first time in approximately October 2008 that a falsified Hyundai Motor America document had been submitted to Chrysler Financial; whereas, in truth, the defendant learned no later than 2008 that a falsified Hyundai Motor America document had been intentionally submitted to the Chrysler Financial in November 2007 for the purpose of defrauding Chrysler Financial; all in violation of Title 18, United States Code, Section 1001(a)(2).

SCANNED
SEP 17 20..
U.S. DISTRICT COURT MP..

FILED  SEP 17 2010
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED _____
DEPUTY CLERK'S INITIALS _____

U.S. v. James Carl Gustafson

## COUNT 2
(Mail Fraud)

On or about April 20, 2009, within the State and District of Minnesota and elsewhere, the defendant,

**JAMES CARL GUSTAFSON,**

knowingly and with the intent to defraud participated in a scheme and artifice to defraud Chrysler Financial and to obtain money and property from Chrysler Financial by material false and fraudulent pretenses, representations, and promises; namely, the defendant submitted an application to the State of Minnesota to retitle a 2004 Cadillac Escalade into the name of Northstate Financial in order to mask the vehicle's true owner and hide the asset from the owner's primary creditor, Chrysler Financial; and for the purpose of executing or attempting to execute the scheme and artifice to defraud, the defendant knowingly caused the State of Minnesota to deliver by mail, according to the direction thereon, a fraudulently altered title for the 2004 Cadillac Escalade, all in violation of Title 18, United States Code, Section 1341.

Dated: September 17, 2010

Respectfully submitted,

B. TODD JONES
United States Attorney

BY: NICOLE A. ENGISCH
NANCY E. BRASEL
DAVID M. GENRICH
Assistant U.S. Attorneys

2