AO 83 (Rev. 12/85) Summons In A Criminal Case

RECEIVED

OCT - 6 2010

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **SUMMONS IN A CRIMINAL CASE** |
| v. | Case Number: CR 10-257 JNE |
| James Carl Gustafson | |

c/o Frederic K. Bruno
5500 Wayzata Blvd., Suite 1450
Minneapolis, MN 55416

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place: | **Courtroom 12W, 12th Floor**<br>**United States Courthouse**<br>**300 South Fourth Street**<br>**Minneapolis, MN 55415** |
| Before: | **Honorable Judge Joan N. Ericksen** |
| On: | **September 27, 2010 at 2:00 p.m.** |

To answer a(n) Felony Information.

Brief description of offense:

Count 1: 18:1001(a)(2), False Statement and Count 2: 18:1341 Mail Fraud

**PLEASE HAVE AN ATTORNEY PRESENT FOR THIS HEARING AND CONTACT PRETRIAL SERVICES AT (612) 664-5454, as soon as you receive this summons.**

_Mary Kay Grzybek_
Mary Kay Grzybek, Deputy Clerk

Dated: September 21, 2010

criminal\summons.frm

DC Modified 12/03/04

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me:[1]  Stephen Fisher          Date: 9-22-10

Check one of the boxes below to indicate appropriate method of service

☐ Service personally upon the defendant at: _____

☒ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   9-22-10                    Sharon Lubilski
             Date                        Name of United States Marshal

                                         Stephen Fisher
                                         (by) Deputy United States Marshal

Remarks:

Julie Nelson - staff of Bruno Law Office

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

criminal\summons.frm                                          DC Modified 12/03/04